1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ANNA NGUYEN, an individual, on behalf of herself and all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware Corporation, and DOES 1 through 50, Inclusive,<br><br>        Defendants. | Case No. SACV 10-01436 CJC (SSx)<br><br>**[PROPOSED] JUDGMENT IN FAVOR OF DEFENDANT BAXTER HEALTHCARE CORPORATION**<br><br>Judge:   Hon. Cormac J. Carney<br>Ctrm.:   9B<br><br>Complaint Filed:   August 23, 2010 |

1

[
Case No. SACV 10-01436 CJC (SSx)

On August 23, 2010, Plaintiff Anna Nguyen ("Plaintiff"), the named Plaintiff in the above-captioned matter, filed a class action lawsuit against Defendant Baxter Healthcare Corporation ("Defendant") alleging the following claims: 1) "Failure to Provide Rest Periods and Meal Periods or Compensation in Lieu Thereof" pursuant to California Labor Code §§ 226.7, 512, and IWC Wage Order 1; 2) "Failure to Timely Pay Wages" pursuant to California Labor Code §§ 201, 202, and 203; 3) "Failure to Provide Accurate Itemized Employee Wage Statements" pursuant to California Labor Code §§ 226, 1174, and 1174; 4) "Failure to Pay Hourly Wages and Overtime Wages" pursuant to California Labor Code §§ 510, 558, and 1194; and 5) "Violations of the Unfair Competition Law" pursuant to California Government Code §§ 17200, *et seq.* On February 9, 2011, Plaintiff filed her First Amended Class Action Complaint adding a derivative claim for "Violation of Labor Code Section 2699, et seq." (the California Private Attorney Act, "PAGA").

On March 23, 2011, the Court granted Defendant's motion to dismiss Plaintiff's First Amended Complaint in its entirety but allowed Plaintiff the opportunity to amend her complaint.

In response, Plaintiff filed a Second Amended Class Action Complaint ("SAC") on April 6, 2011. The SAC alleged four claims: 1) "Failure to Provide Meal Periods or Compensation in Lieu Thereof" pursuant to California Labor Code §§ 226.7, 512, and IWC Wage Order 1; 2) "Failure to Provide Accurate Itemized Employee Wage Statements" pursuant to California Labor Code §§ 226, 1174, and 1174; 3) "Violations of the Unfair Competition Law" pursuant to California Government Code §§ 17200, *et seq.*; and 4) "Violation of Labor Code Section 2699, et seq." (i.e., PAGA).

On October 3, 2011, Defendant filed a motion for summary judgment as to each of the claims in the SAC. On November 28, 2011, the Court, having considered all material filed in support of and in opposition to this summary

judgment motion, granted Defendant's motion for summary judgment in its entirety and the case was terminated.

IT IS, THEREFORE, HEREBY ORDERED AND ADJUDICATED that all claims are dismissed with prejudice on the merits in their entirety, that judgment is entered in favor of Defendant, and that Defendant recover its costs.

Dated: December 7, 2011                    _____
                                            Honorable Cormac J. Carney
                                            United States District Judge