1 SEYFARTH SHAW LLP
  Jon D. Meer (SBN 144389)
2 jmeer@seyfarth.com
  Timothy M. Rusche (SBN 230036)
3 trusche@seyfarth.com
  John R. Giovannone (SBN 239366)
4 jgiovannone@seyfarth.com
  Jonathan L. Brophy (SBN 245223)
5 jbrophy@seyfarth.com
  2029 Century Park East, Suite 3500
6 Los Angeles, California 90067-3021
  Telephone: (310) 277-7200
7 Facsimile: (310) 201-5219

8 Attorneys for Defendant
  BAXTER HEALTHCARE CORPORATION
9

10                UNITED STATES DISTRICT COURT

11        CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ANNA NGUYEN, an individual, on behalf of herself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware Corporation, and DOES 1 through 50, Inclusive,<br><br>　　　　　Defendants. | Case No. SACV 10-01436 CJC (SSx)<br><br>**DEFENDANT BAXTER HEALTHCARE CORPORATION'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**<br><br>**(Central Dist. L.R. 54-3)**<br><br>TELEPHONIC HEARING<br>Date: January 5, 2012<br>Time: 10:00 a.m. |

**TO PLAINTIFF AND HER COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to Central District Local Rule 54-3, Defendant Baxter Healthcare Corporation ("Baxter"), will appear telephonically before the Clerk, should a hearing be deemed necessary,[1] on January 5, 2012 at 10:00 a.m., to apply to the Clerk to tax costs, as set forth in Baxter's Bill of Costs, a copy of which is attached as **Exhibit 1**. The attached Bill of Costs includes documentation to support the claims made in all categories, and seeks a taxing of costs in the amount of $9,864.94.

The Bill of Costs is submitted on the grounds that on December 7, 2011, the Court entered judgment in favor of Defendant Baxter Healthcare Corporation against Plaintiff Anna Nguyen. As such, Baxter Healthcare Corporation is a prevailing party entitled to recover its costs pursuant to Federal Rule of Civil Procedure 54(d) and Local Civil Rules 54-1 and 54-2.2.

DATED: December 22, 2011          SEYFARTH SHAW LLP

                                  By  /s/ Jonathan L. Brophy
                                       Jon D. Meer
                                       Timothy M. Rusche
                                       John R. Giovannone
                                       Jonathan L. Brophy
                                  Attorneys for Defendant
                                  BAXTER HEALTHCARE CORPORATION

---

[1] According to the Bill of Cost Handbook for the Central District of California, if a telephonic or in person appearance is necessary, the clerk's office designee will contact the parties no later than 48 hours prior to the hearing date and time.

**PROOF OF SERVICE**

STATE OF CALIFORNIA  )
                     ) ss
COUNTY OF LOS ANGELES )

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 333 S. Hope Street, Suite 3900, Los Angeles, California 90071. On December 22, 2011, I served the within documents:

**DEFENDANT BAXTER HEALTHCARE CORPORATION'S NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS**

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒ electronically by using the Court's ECF/CM System.

James R. Hawkins, Esq.                    Attorneys for Plaintiff
William S. Caldwell, Esq.
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

Executed on December 22, 2011, at Los Angeles, California.

Jwana Harrold

14033293v.1

1

PROOF OF SERVICE
Case No. SACV 10-01436 CJC (SSx)