James R. Hawkins, Esq. SBN 192925
James@jameshawkinsaplc.com
William S. Caldwell, Esq. SBN 200969
William@jameshawkinsaplc.com
Alvin B. Lindsay, Esq. SBN 220236
Al@jameshawkinsaplc.com
JAMES R. HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
TEL:   (949) 387-7200
FAX:   (949) 387-6676

Attorneys for Plaintiff, Anna Nguyen, on behalf of herself and all others similarly situated

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANNA NGUYEN, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiffs,<br><br>vs.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.  SACV 10-01436 CJC (SSx)<br><br>HON. CORMAC J. CARNEY<br><br>CLASS ACTION (FRCP Rule 23)<br><br>**NOTICE OF APPEAL — PLAINTIFF ANNA NGUYEN'S NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT** |

## NOTICE OF APPEAL

Notice is hereby given that Anna Nguyen, plaintiff in the above-referenced matter and the named class representative in this putative class action on behalf of herself and all others similarly situated ("Plaintiff" or "Class Representative"), hereby appeals to the United States Court of Appeals for the Ninth Circuit from the District Court's order and entry of Judgment in Favor of Defendant Baxter Healthcare Corporation ("Judgment") (Docket Entry No. 127, entered on December 7, 2011), a copy of which is attached hereto as Exhibit 1. Plaintiff also hereby appeals to the United States Court of Appeals for the Ninth Circuit all orders issued by the Court that gave rise to the Judgment, including the District Court's Order Granting Defendant Baxter Healthcare Corporation's Motion for Summary Judgment; Denying Plaintiff's Motion for Partial Summary Judgment ("Summary Judgment") (Docket Entry No. 123, entered November 28, 2011), a copy of which is attached hereto as Exhibit 2.

In accordance with Ninth Circuit Rule 28–2.6, Plaintiff and appellant does not believe there are other cases pending before the Ninth Circuit or this district court which should be deemed as related to this matter.

Dated: January 6, 2012   **JAMES HAWKINS, APLC**

   */s/ James R. Hawkins*
   James R. Hawkins, Esq.
   William S. Caldwell, Esq.
   Alvin B. Lindsay, Esq.
   Attorneys for Plaintiff, Anna Nguyen, on behalf of herself and all others similarly situated

## **CERTIFICATE OF ELECTRONIC SERVICE**

     I certify that all counsel of record who are registered with the Court's ECF system, including those identified in the below service list for Plaintiff's representation statement, filed concurrently herewith, are being served, on January 6, 2012, with a copy of this document via the Court's CM/ECF system.

                                 */s/ James R. Hawkins*
                                 James R. Hawkins

# SERVICE LIST OF REPRESENTATION STATEMENT

Plaintiff and Appellant:

Anna Nguyen, on her own behalf and on behalf of others similarly situated as the putative class representative.

Counsel for Plaintiff and Appellant Anna Nguyen:

**JAMES HAWKINS, APLC**
James R. Hawkins, Esq. SBN 192925
James@jameshawkinsaplc.com
William S. Caldwell, Esq. SBN 200969
William@jameshawkinsaplc.com
Alvin B. Lindsay, Esq. SBN 220236
Al@jameshawkinsaplc.com
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone:   (949) 387-7200
Facsimile:   (949) 387-6676

Defendant and Appellee:

Baxter Healthcare Corporation

Counsel for Defendant and Appellee Baxter Healthcare Corporation

**SEYFARTH SHAW LLP**
Jon D. Meer (SBN 144389)
jmeer@seyfarth.com
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
John R. Giovannone (SBN 239366)
jgiovannone@seyfarth.com
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219