UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. SACV 10-01436-CJC(SSx)            Date: January 4, 2011

Title: <u>ANNA NGUYEN VS. BAXTER HEALTHCARE CORPORATION ET AL.</u>

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| <u>Michelle Urie</u> | <u>   N/A   </u> |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                       None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER DENYING DEFENDANT'S MOTION FOR ATTORNEYS' FEES** [filed 12/21/11]

     Having read and considered the papers presented by the parties, the Court finds this matter appropriate for disposition without a hearing. *See* FED. R. CIV. P. 78; LOCAL RULE 7-15. Accordingly, the hearing set for January 23, 2012 at 1:30 p.m. is hereby vacated and off calendar.

     Defendant's motion for attorneys' fees is **DENIED** for substantially the same reasons stated in Plaintiff's opposition to the motion. More specifically, Plaintiff's meal period claims were not ones to recover nonpayment of contractually agreed-upon or bargained-for wages, fringe benefits, or health and welfare or pension fund contributions. Instead, Plaintiff's meal period claims sought to recover compensation mandated by statute and important public policy. Consequently, California Labor Code Section 218.5 has no application here. Moreover, the Court rejects Defendant's argument that Plaintiff and her counsel litigated this action in bad faith. Plaintiff's claims survived a motion to dismiss and were class certified. Although the Court ultimately granted summary judgment in favor of Defendant, the Court believes that reasonable jurists could have ruled differently on Plaintiff's claims, particularly those involving missed meal breaks.

CJC/lcs

MINUTES FORM 11
CIVIL-GEN                                                                            Initials of Deputy Clerk MU