SEYFARTH SHAW LLP
Jon D. Meer (SBN 144389)
jmeer@seyfarth.com
Timothy M. Rusche (SBN 230036)
trusche@seyfarth.com
John R. Giovannone (SBN 239366)
jgiovannone@seyfarth.com
Jonathan L. Brophy (SBN 245223)
jbrophy@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067-3021
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Attorneys for Defendant
BAXTER HEALTHCARE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| ANNA NGUYEN, an individual, on behalf of herself and all others similarly situated,<br><br>       Plaintiff,<br><br>       v.<br><br>BAXTER HEALTHCARE CORPORATION, a Delaware Corporation, and DOES 1 through 50, Inclusive,<br><br>       Defendants. | Case No. SACV 10-01436 CJC (SSx)<br><br>HON. CORMAC J. CARNEY<br><br>CLASS ACTION (FRCP Rule 23)<br><br>**NOTICE OF WITHDRAWAL OF DEFENDANT BAXTER HEALTHCARE CORPORATION'S APPLICATION TO TAX COSTS** |

1    TO THE HONORABLE CORMAC J. CARNEY, THE CLERK OF THE COURT,

2    THE PARTIES AND THEIR COUNSEL OF RECORD:

3            PLEASE TAKE NOTICE that, pursuant to L.R. 7-16, Defendant

4    Baxter Healthcare Corporation hereby withdraws its Application to Tax Costs

5    (Dkt. Nos. 130 and 130-1).

6

7

   DATED: February 6, 2012         SEYFARTH SHAW LLP

8

9

                               By   /s/ John R. Giovannone

10                                     Jon D. Meer

                                   Timothy M. Rusche

11                                     John R. Giovannone

                                   Jonathan L. Brophy

12                          Attorneys for Defendant

                         BAXTER HEALTHCARE CORPORATION

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                               )    Ss

COUNTY OF LOS ANGELES    )

     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is 333 South Hope Street, Suite 3900, Los Angeles, California  90071.  On February 6, 2012, I served the within documents:

**NOTICE OF WITHDRAWAL OF DEFENDANT BAXTER HEALTHCARE CORPORATION'S APPLICATION TO TAX COSTS**

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, addressed as set forth below.

☐    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

☐    by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at Los Angeles, California, addressed as set forth below.

☒    electronically by using the Court's ECF/CM System.

James R. Hawkins, Esq.                  Attorneys for Plaintiff
William S. Caldwell, Esq.
JAMES R. HAWKINS, APLC
9880 Research Drive, Suite 200
Irvine, California 92618
Telephone:  (949) 387-7200
Facsimile:   (949) 387-6676

     I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

     I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

     Executed on February 6, 2012, at Los Angeles, California.

*Blanca Guerra*
Blanca Guerra

14156601v.1

1